THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v KEVIN COCHRAN, Defendant.—Motion for change of venue denied. Memorandum: On this application it does not appear that a fair trial cannot be obtained in Livingston County, and at this time we deem the motion premature (see *People v DiPiazza,* 24 NY2d 342; *People v Hatch,* 46 AD2d 721; *People v Sekou,* 45 AD2d 982). Present—Marsh, P. J., Moule, Hancock, Goldman and Witmer, JJ.